IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JUSTON HUNTER                                                                                    PLAINTIFF

v.                            Case No. 6:19-cv-6107

ALBERT KITTRELL, T. POOLE,
and KELLY N. AMSPAUGH                                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 30, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Bryant recommends that the Court dismiss Plaintiff Juston Hunter's complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(b) because he has failed to keep the Court apprised of his current address and, thus, has failed to obey a court order.

Plaintiff has not objected to the Report and Recommendation and his time to do so has passed. Thus, upon *de novo* review, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*. Accordingly, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) for failure to obey a court order and for failure to keep the Court apprised of his current address.

**IT IS SO ORDERED**, this 19th day of November, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge